July 23, 2020

**BY ECF & E-MAIL**
Honorable Mary Kay Vyslocil
United States District Court Judge
United States District Court for the
Southern District of New York
500 Pearl St.
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/2020
```

     Re: Tammara Tillman v. The New York City Department of Human Resources
     Administrative, et al., Docket No. 20 CV 1153 (MKV) (SLC)

Dear Judge Vyslocil:

  I am *Pro Se Counsel* for the Plaintiff Tammara Tillman in the above-referenced action. I write to respectfully request an extension of time, until August 7, 2020, for Plaintiff to respond to the Memorandum of Law in support of Defendants' Motion to Dismiss the Amended Complaint. I write on behalf of both parties concerning Plaintiffs' planned filing of Memoranda of Law in Opposition to Defendants' Motion to Dismiss and Defendants time to reply to the forthcoming Memorandum of Law.

  Plaintiffs' original due date to respond to the Defendant's Motion to Dismiss the Amended Complaint was July 15, 2020. This is the Plaintiff's first request for an extension of time. Plaintiff requests an extension of time because I got sidetracked by preparing for and participating in the settlement negotiations that took place on July 14, 2020 pursuant to an Order entered by this Court on February 20, 2020 referring this case to the Court's Mediation Program for Pro Se Employment Discrimination Cases (Dkt. No. 5). Defendants consents but asks they be given fourteen days for their reply memoranda. Plaintiff consents to that request. This request does not affect any other scheduled dates in this matter.

  Accordingly, the parties respectfully request that Plaintiffs' time to file the Memoranda of Law in Opposition to Defendants' Motion to Dismiss be extended to August 7, 2020, with Defendants' response due on or before August 21, 2020.

  Thank you for your consideration of this request.

                Respectfully submitted,

                /s/

---

The extension is GRANTED. Plaintiff's opposition is due by August 7, 2020, and Defendants' reply is due by August 21, 2020. There will be no extensions of these deadlines. Plaintiff is further admonished to review the Court's Individual Practices. Requests for extension must be made 72 hours before the deadline in question absent good cause. Further, the Court will not extend deadlines for the purpose of participation in the mediation program.

Date: 7/24/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge