UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TAMMARA TILLMAN,

                    Plaintiff,

-against-                                          20 **CIVIL** 1153 (MKV)

## JUDGMENT

THE NEW YORK CITY DEPARTMENT OF
HUMAN RESOURCES ADMINISTRATION,

                    Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 24, 2022, Defendant's Motion to Dismiss Plaintiff's Title VII and ADA claims is GRANTED. The Court declines to exercise supplemental jurisdiction over the remaining SHRL and CHRL claims; accordingly, the case is closed.

**Dated:** New York, New York

       March 24, 2022

                                                              **RUBY J. KRAJICK**

                                                              **Clerk of Court**

                                        BY:

                                                              **Deputy Clerk**